JS-6

NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
  sferrell@trialnewport.com
Richard H. Hikida, Bar No. 196149
  rhikida@trialnewport.com
David W. Reid, Bar No. 267382
  dreid@trialnewport.com
Victoria C. Knowles, Bar No. 277231
  vknowles@trialnewport.com
4100 Newport Place Drive, Suite 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CONDE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BIO-ENGINEERED SUPPLEMENTS & NUTRITION, INC.; GLANBIA PUBLIC LTD. CO.; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.:  8:14-cv-00945-DOC-DFM<br><br>**ORDER OF DISMISSAL [15]**<br><br>Complaint Filed:  April 23, 2014<br>Action Removed: June 19, 2014 |

The Court, having considered the Joint Motion and Stipulation for Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) filed jointly by the parties in this action, finds that this action should be dismissed with prejudice.

Dated:  October 22, 2014

*/s/ David O. Carter*
_____
  The Honorable David O. Carter
  United States District Court Judge